UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gwendolyn M. Baldwin, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08 0184
)
Steven J. Pompili, DPM, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of the District of Columbia, sues a doctor in the District of Columbia presumably for malpractice. She seeks $20,000 in damages. The complaint presents neither a federal question nor a basis for diversity jurisdiction. It therefore will be dismissed by separate Order issued contemporaneously.[1]

Date: January 30, 2008

United States District Judge

---

[1] Presumably, plaintiff may seek redress in the Superior Court of the District of Columbia.