**FILED**
**JAN 3 0 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gwendolyn M. Baldwin, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0184 |
| ) | |
| Steven J. Pompili, DPM, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of January 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction. This is a final appealable Order.

United States District Judge